(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ **District of** _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>_Brantley, Jr., Matthew_ | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>_Brantley, Shamaika_ |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_NONE_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_aka Shamika Brantly_<br><br>_fka Shamika Scott_ |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)_1823_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)_3932_ |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_559 Birr Street_<br>_ROCHESTER NY. 14613_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>_559 Birr Street_<br>_ROCHESTER NY. 14613_ |
| County of Residence or of the<br>Principal Place of Business: _MONROE_ | County of Residence or of the<br>Principal Place of Business: _MONROE_ |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address):<br>_SAME_ |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): _NOT APPLICABLE_ | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **FORM B1, Page 2**

*Matthew Brantley, Jr. and*
*Shamaika Brantley*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Matthew Brantley, Jr.*
Signature of Debtor

**X** */s/  Shamaika Brantley*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*10/13/2005*
Date

### Signature of Attorney

**X** */s/ Maroun G.Ajaka, Esq.*
Signature of Attorney for Debtor(s)

*Maroun G.Ajaka, Esq.*
Printed Name of Attorney for Debtor(s)

*Maroun G. Ajaka, Attorney At Law*
Firm Name

*.*
Address

*144 Exchange Blvd. Suite 103*

*Rochester, NY.  14614*

*(585)232-1420*          *10/13/2005*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Maroun G.Ajaka, Esq.   10/13/2005*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re **Matthew Brantley, Jr. and Shamaika Brantley** / Debtor        Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

No continuation sheets attached

**TOTAL $**        *0.00*
**(Report also on Summary of Schedules.)**

In re **Matthew Brantley, Jr. and  Shamaika Brantley** _____ / Debtor        Case No. _____
                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | | *$5.00*<br>*Location: In debtor's possession* | J | *$ 5.00* |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | *Cheking Account at Advantage Federal Credit Union*<br>*Rochester, NY.*<br>*Location: In debtor's possession* | W | *$ 330.00* |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | | *Security Deposit with Landlord: Nataly Kane*<br>*Location: In debtor's possession* | J | *$ 795.00* |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | | *Normal Household Furniture" I Couch, Chairs, queen bed and accessories; 2 Bedrooms for the Kids; 17"TV, DVD; Kitchen table and normal Kitchen tools (Plates, silverware, pots and pans). wal Pictures(WallMart)*<br>*Location: In debtor's possession* | J | *$ 2,000.00* |
| 5. **Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | *some Kids' Books, Toys.*<br>*Location: In debtor's possession* | J | *$ 75.00* |
| 6. **Wearing apparel.** | | *Normal clothing for the Family and Kids*<br>*Location: In debtor's possession* | J | *$ 250.00* |
| 7. **Furs and jewelry.** | | *2 Gold Plated necklaces and earrings (Wal-Mart)*<br>*Location: In debtor's possession* | W | *$ 30.00* |
| 8. **Firearms and sports, photographic, and other hobby equipment.** | X | | | |

Page __1__ of __3__

In re **Matthew Brantley, Jr. and Shamaika Brantley** _____ / Debtor       Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | *Child Support due to Husband, never Collected from Patricia Bantley* *Location: In debtor's possession* | H | *$ 35,000.00* |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *The debtors use Clarence Scott's vehicle (Wife's father) and make its payment , gas and maintenance* *2000 Dodge Stratus* *Location: In debtor's possession* | | *$ 0.00* |

Page __2__ of __3__

FORM B6B (10/89) West Group, Rochester, NY

In re *Matthew Brantley, Jr. and  Shamaika Brantley* _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__             **Total** ➡     $ 38,485.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Matthew Brantley, Jr. and Shamaika Brantley** _____ / Debtor     Case No. _____
                                                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *$5.00* | N.Y. Debtor and Creditor Law §283(2) | $ 5.00 | $ 5.00 |
| *Cheking Account at Advantage Federal Credit Union* | N.Y. Banking Law §407 | $ 330.00 | $ 330.00 |
| *Security Deposit with Landlord: Nataly Kane* | N.Y. Civ. Prac. Law and Rules §5205(g) | $ 795.00 | $ 795.00 |
| *Normal Household Furniture I Couch, Chairs, queen bed and acces* | N.Y. Civ. Prac. Law and Rules §5205(a)(5) | $ 2,000.00 | $ 2,000.00 |
| *some Kids' Books, Toys, wal Pictures(WallMart)* | N.Y. Civ. Prac. Law & Rules §5205(a)(2) | $ 75.00 | $ 75.00 |
| *Normal clothing for the Family and Kids* | N.Y. Civ. Prac. Law and Rules §5205(a) | $ 250.00 | $ 250.00 |
| *2 Gold Plated necklaces and earrings (Wal-Mart)* | N.Y. Civ. Prac. Law and Rules §5205(a) | $ 30.00 | $ 30.00 |
| *Child Support due to Husband, never Collected from Patricia Bant* | N.Y. Debtor and Creditor Law §282(2)(d), N.Y. Civ. Prac. Law and Rules §5205(d)(3) | $ 35,000.00 | $ 35,000.00 |

In re _Matthew Brantley, Jr. and Shamaika Brantley_ / Debtor          Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | | 0.00 |
| Total $ (Use only on last page. Report total also on Summary of Schedules) | | 0.00 |

In re *Matthew Brantley, Jr. and  Shamaika Brantley* / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and  Shamaika Brantley_ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **xxxx** <br> **Creditor # : 1** <br> **Dept. of Social Services** <br> **111 West fall Road** <br> **ROCHESTER NY. 14620** | W | **2004** <br> **Medical benefits** | | | | **$ 2,000.00** | **$ 2,000.00** |
| Account No: <br> **Creditor # : 2** <br> **I.C systems** <br> **P.O. Box 64886** <br> **St. Paul MN. 55164** | J | | | | | **$ 5,000.00** | **$ 5,000.00** |
| Account No: <br> **Creditor # : 3** <br> **US. Department of Education** <br> **P.O.Box 530260** <br> **Atlanta GA. 30353** | W | **Student Loan** | | | | **$ 2,000.00** | **$ 2,000.00** |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

Subtotal $     _9,000.00_

(Total of this page)

Total $     _9,000.00_

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and  Shamaika Brantley_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 1_<br>_Advantage Federal Credit_<br>_P.O. Box 14440_<br>_ROCHESTER NY. 14614_ | H | | | | | | _$ 400.00_ |
| Account No:<br><br>_Creditor # : 2_<br>_Alexander Medical Group_<br>_222 Alexander Street_<br>_ROCHESTER NY. 14607_ | H | | _2003_<br>_Medical Bills_ | | | | _$ 400.00_ |
| Account No:<br><br>_Creditor # : 3_<br>_American General Financial_<br>_Baytown Plaza 1900 Empire Blvd_<br>_ROCHESTER NY. 14580_ | W | | _Department Store Purchase_ | | | | _$ 3,000.00_ |
| Account No:<br><br>_Creditor # : 4_<br>_American General Financial_<br>_1532 W. Ridge Road_<br>_ROCHESTER NY. 14580_ | H | | | | | | _$ 3,000.00_ |

_8_ continuation sheets attached

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | _6,800.00_ |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and  Shamaika Brantley_ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 5*<br>*Anthony Galvano*<br>*P.O. Box 102*<br>*N Greece NY. 14515* | W | *Rent in Arrears* | | | | *$ 2,000.00* |
| Account No:<br>*Creditor # : 6*<br>*Aspen Dental*<br>*124 Northern Lights Dr Ste 104*<br>*Syracuse NY. 13212* | H | | | | | *$ 1,000.00* |
| Account No:<br>*Creditor # : 7*<br>*Bank of America*<br>*P.O. Box 11010*<br>*Wilmimgton DE. 19850* | W | *Credit Card Purchases* | | | | *$ 5,000.00* |
| Account No: *xxxx*<br>*Creditor # : 8*<br>*BlokBuster*<br>*2394 Lyell Avenue*<br>*ROCHESTER NY. 14606* | W | *2005*<br>*Late Fees* | | | | *$ 20.00* |
| Account No:<br>*Creditor # : 9*<br>*Capital One Bank*<br>*P.O. Box 85015*<br>*Richmond VA. 23285* | W | *Credit Card Purchases* | | | | *$ 1,000.00* |
| Account No:<br>*Creditor # : 10*<br>*Center for Urology*<br>*2420 Ridge way Avene*<br>*ROCHESTER NY. 14613* | H | *Medical Bills* | | | | *$ 500.00* |

Sheet No. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page) | 9,520.00
**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and  Shamaika Brantley_ / Debtor          Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 11_<br>_Charter One Bank_<br>_66 west Main Street_<br>_ROCHESTER NY. 14614_ | H | | | | | _$ 2,100.00_ |
| Account No:<br>_Creditor # : 12_<br>_Chase Credit Research_<br>_6350 Laurel Canyon Blvd._<br>_N. Hollywood CA. 91606_ | W | _Credit Card Purchases_ | | | | _$ 3,000.00_ |
| Account No:   _1111_<br>_Creditor # : 13_<br>_Citizen Bank_<br>_450 West Avenue_<br>_ROCHESTER NY. 14611_ | H | _2003_<br>_Overdraft_ | | | | _$ 400.00_ |
| Account No:<br>_Creditor # : 14_<br>_Cox Communication_<br>_121 S Martin L King Blvd_<br>_LasVegas NV. 89106_ | H | _Utility Bills_ | | | | _$ 400.00_ |
| Account No:<br>_Creditor # : 15_<br>_Credit Acceptance_<br>_25505 W. Twelve ML Rd_<br>_Southfield  MI 48034_ | H | _Repossession of car_ | | | | _$ 7,000.00_ |
| Account No:<br>_Creditor # : 16_<br>_Direct TV_<br>_P.O. Box 830032_<br>_Baltimore MD. 21283_ | H | _2003_<br>_Utility Bills_ | | | | _$ 400.00_ |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | _13,300.00_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and Shamaika Brantley_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 17* <br> *Eastman Dental center* <br> *601 Elmwood Avenue* <br> *ROCHESTER NY. 14621* | H | *Medical Bills* | | | | *$ 500.00* |
| Account No: <br> *Creditor # : 18* <br> *Enterprise Car* <br> *568 Main St E* <br> *ROCHESTER NY. 14604* | H | *2004* | | | | *$ 300.00* |
| Account No: <br> *Creditor # : 19* <br> *First Financial bank USA* <br> *363 W. Anchor Dr.* <br> *Dakota Dunes SD. 57049* | W | *2000* <br> *Credit Card Purchases* | | | | *$ 9,000.00* |
| Account No: <br> *Creditor # : 20* <br> *General Security* <br> *25 Cantebury Rd.* <br> *ROCHESTER NY. 14614* | W | *Department Store Purchase* | | | | *$ 3,500.00* |
| Account No: *xxxx* <br> *Creditor # : 21* <br> *Growing Families* <br> *3613 Mueller Road* <br> *St. Charles MO. 63301* | W | *2004* | | | | *$ 500.00* |
| Account No: <br> *Creditor # : 22* <br> *Kay Jewleres* <br> *375 Ghent Road* <br> *Akron OH. 44333* | W | *Department Store Purchase* | | | | *$ 2,000.00* |

Sheet No. _3_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          *15,800.00*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and Shamaika Brantley_ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:  <br> _Creditor # : 23_ <br> _Key Bank_ <br> _25 East Main Street_ <br> _ROCHESTER NY. 14614_ | H | | _2004_ <br> _Line of credirt_ | | | | _$ 400.00_ |
| Account No:  _1823_ <br> _Creditor # : 24_ <br> _Label Finance Comp._ <br> _1150 N Magnolia Avenue_ <br> _Anahein CA. 92801_ | H | | _2005_ <br> _Repossession of car_ | | | | _$ 8,000.00_ |
| Account No:  <br> _Creditor # : 25_ <br> _Lake Mead Hospital_ <br> _LasVegas NV._ | H | | _Medical Bills_ | | | | _$ 4,000.00_ |
| Account No:  _3932_ <br> _Creditor # : 26_ <br> _M&T Bank_ <br> _1848 S. Clinton Avenue_ <br> _ROCHESTER NY. 14618_ | W | | _2003_ <br> _Overdraft_ | | | | _$ 124.00_ |
| Account No:  <br> _Creditor # : 27_ <br> _MCI_ <br> _P.O.Box 52252_ <br> _Phoenix AZ. 85022_ | H | | _2002_ <br> _Utility Bills_ | | | | _$ 300.00_ |
| Account No:  <br> _Creditor # : 28_ <br> _Mercantile Adjustment_ <br> _40 West Avenue_ <br> _ROCHESTER NY. 14611_ | W | | _Collection_ | | | | _$ 7,000.00_ |

Sheet No. _4_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   _19,824.00_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and Shamaika Brantley_ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>Natl A Fin<br>17500 Chenal Pkwy ste 20<br>Little Rock AR. 72223 | W | Credit Card Purchases | | | | $ 4,000.00 |
| Account No:<br>Creditor # : 30<br>Nevada Power<br>PO Box 98910<br>LasVegas NV. 89151 | H | 2003<br>Utility Bills | | | | $ 400.00 |
| Account No:<br>Creditor # : 31<br>Oxford Collection Service<br>135 Maxess Road, Ste 2A<br>Melville NY. 11747 | W | Credit Card Purchases | | | | $ 2,500.00 |
| Account No:<br>Creditor # : 32<br>Park Ridge Hospital<br>125 Indigo Greek Dr.<br>ROCHESTER NY. 14626 | H | 2003<br>Medical Bills | | | | $ 4,000.00 |
| Account No:<br>Creditor # : 33<br>RG&E<br>89 East Avenue<br>ROCHESTER NY. 14618 | J | Utility Bills | | | | $ 3,000.00 |
| Account No: xxxx<br>Creditor # : 34<br>RiteAid Pharmacy<br>437 Lyell Avenue<br>ROCHESTER NY. 14606 | W | 2005<br>Department Store Purchase/ Judg. | | | | $ 100.00 |

Sheet No. _5_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _14,000.00_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Matthew Brantley, Jr. and Shamaika Brantley_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 35_<br>_Rochester General Hospital_<br>_1425 Portland Avenue_<br>_ROCHESTER NY. 14621_ | H | _2004_<br>_Medical Bills_ | | | | _$ 6,000.00_ |
| Account No:<br>_Creditor # : 36_<br>_Rural Metro_<br>_177 University Ave_<br>_ROCHESTER NY. 14605_ | H | _Medical Bills_ | | | | _$ 700.00_ |
| Account No: _xxxx_<br>_Creditor # : 37_<br>_Saratoga Pharmacy_<br>_192 Lyell Avenue_<br>_ROCHESTER NY. 14608_ | W | _2005_<br>_Purchases_ | | | | _$ 200.00_ |
| Account No:<br>_Creditor # : 38_<br>_Strong Hospital_<br>_601 Elmwood Avenue_<br>_ROCHESTER NY. 14620_ | W | _Medical Bills_ | | | | _$ 3,000.00_ |
| Account No:<br>_Creditor # : 39_<br>_The Bon Ton_<br>_P.O. Box 2285_<br>_York PA. 17405_ | W | _Department Store Purchase_ | | | | _$ 1,500.00_ |
| Account No:<br>_Creditor # : 40_<br>_The Credit Bureau_<br>_19 Prince Street_<br>_ROCHESTER NY. 14607_ | H | _Collection_ | | | | _$ 500.00_ |

Sheet No. _6_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _11,900.00_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *Matthew Brantley, Jr. and  Shamaika Brantley* / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *xxxx* <br> *Creditor # : 41* <br> *The Credit Bureau* <br> *19 Prince Street* <br> *ROCHESTER NY. 14607* | W | *2002* <br> *Collection* | | | | *$ 7,000.00* |
| Account No: <br> *Creditor # : 42* <br> *The Credit Network* <br> *15 Howard Street* <br> *Framingham MA. 01702* | W | *Credit Card Purchases* | | | | *$ 6,000.00* |
| Account No: <br> *Creditor # : 43* <br> *Time warner Cable* <br> *71 Mount Hope Ave* <br> *ROCHESTER NY. 14620* | H | *Utility Bills* | | | | *$ 400.00* |
| Account No: <br> *Creditor # : 44* <br> *UGI Energy Service INC* <br> *1230 Parkway Avenue, Suite 306* <br> *West Trenten NJ.   08628* | H | *1998* <br> *Utility Bills* | | | | *$ 400.00* |
| Account No: *2150* <br> *Creditor # : 45* <br> *Walmart* <br> *2150 Chili Avenue* <br> *ROCHESTER NY. 14624* | W | *2005* <br> *Department Store Purchase* | | | | *$ 100.00* |
| Account No: *1123* <br> *Creditor # : 46* <br> *Wegman's* <br> *1885 Chili Avenue* <br> *ROCHESTER NY. 14624* | W | *2005* <br> *Department Store Purchase* | | | | *$ 50.00* |

Sheet No. **7** of *8* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      *13,950.00*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re *Matthew Brantley, Jr. and  Shamaika Brantley* / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *1123* **Representing:** **Wegman's** | | | *Mercantile Adjustment* *400 West Avenue* *Rochester NY. 14611* | | | | |
| Account No: *Creditor # : 47* *WFNNB/Value City Furniture* *P.O. Box 182303* *Columbus OH. 43218* | | W | *Department Store Purchase* | | | | *$ 4,000.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. *8* of *8* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *4,000.00* |
| **Total $** (Report total also on Summary of Schedules) | *109,094.00* |

FORM B6G (10/89) West Group, Rochester, NY

In re *Matthew Brantley, Jr. and  Shamaika Brantley*          / Debtor          Case No. _____
                                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

FORM B6H (6/90) West Group, Rochester, NY

In re **_Matthew Brantley, Jr. and  Shamaika Brantley_**  / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re **Matthew Brantley, Jr. and   Shamaika Brantley** _____ / Debtor    Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **12** |
| | **Daughter** | **2** |
| | **Son** | **3** |
| | **Son** | **1** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Nurse** |
| Name of Employer | | **Lifetime Assistance incorpo** |
| How Long Employed | | **2 years** |
| Address of Employer | | **425 Paul Rd** **ROCHESTER NY.   14624** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *1,019.00* | $ *1,494.00* |
| Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| SUBTOTAL | $ *1,019.00* | $ *1,494.00* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *0.00* | $ *536.00* |
| b. Insurance | $ *0.00* | $ *0.00* |
| c. Union Dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *536.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *1,019.00* | $ *958.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| Income from Real Property | $ *0.00* | $ *0.00* |
| Interest and dividends | $ *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| Social Security or other government assistance Specify: | $ *0.00* | $ *0.00* |
| Pension or retirement income | $ *0.00* | $ *0.00* |
| Other monthly income Specify: | $ *0.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ *1,019.00* | $ *958.00* |

TOTAL COMBINED MONTHLY INCOME    $ _____ *1,977.00*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Matthew Brantley, Jr. and Shamaika Brantley** / Debtor  Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 795.00 |
| Are real estate taxes included? Yes ☐ No ☒ | |
| Is property insurance included? Yes ☐ No ☒ | |
| Utilities: Electricity and heating fuel | $ 300.00 |
|     Water and sewer | $ 25.00 |
|     Telephone | $ 30.00 |
|     Other *Cellular Phone* | $ 100.00 |
|     Other *Cable* | $ 100.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 50.00 |
| Food | $ 500.00 |
| Clothing | $ 75.00 |
| Laundry and dry cleaning | $ 20.00 |
| Medical and dental expenses | $ 30.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 72.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other: *Car payment* | $ 306.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) $ | 2,673.00 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Matthew Brantley, Jr. and  Shamaika Brantley*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $       0.00 | | |
| B-Personal Property | *Yes* | *3* | $   38,485.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $       0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $   9,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $   109,094.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $   1,977.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $   2,673.00 |
| Total Number of Sheets in All Schedules ▶ | | *21* | | | |
| Total Assets ▶ | | | $   38,485.00 | | |
| Total Liabilities ▶ | | | | $   118,094.00 | |

FORM B6 (6/90) West Group, Rochester, NY

In re **_Matthew Brantley, Jr. and  Shamaika Brantley_** / Debtor       Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _22_ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _10/13/2005_         Signature _/s/ Matthew Brantley, Jr._
                                        _Matthew Brantley, Jr._

Date: _10/13/2005_         Signature _/s/  Shamaika Brantley_
                                        _Shamaika Brantley_

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re **Matthew Brantley, Jr. and  Shamaika Brantley**

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**  [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: **10/13/2005**

Debtor: **/s/ Matthew Brantley, Jr.**

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re **Matthew Brantley, Jr. and Shamaika Brantley**

Case No.
Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a. Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b. Property to Be Retained.** [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: *10/13/2005*

Debtor: */s/ Shamaika Brantley*

FORM B8 (12/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Matthew Brantley, Jr. and Shamaika Brantley*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**                                 [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

**Signature of Debtor(s)**

Date: *10/13/2005*

Debtor: */s/ Matthew Brantley, Jr.*

Date: *10/13/2005*

Joint Debtor: */s/  Shamaika Brantley*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Matthew Brantley, Jr.*
  *and*
  *Shamaika Brantley*
  *aka Shamika Brantly*
  *fka Shamika Scott*

Case No.

Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date:$18000.00* | *$18,000.00(Unemployment for Debtor); $15,000.00(employment for Spouse)* |
| *Last Year: $45,412.00* | |
| *Year before: $23,000.00* | *$22,532.00(Debtor's employment);  $20,980.00 (Spouse's employment)* |
| | *$13,000.00(Debtor's employment);  $10,000.00 (Spouse's employment)* |

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *anthony Calvano vs. mathew&shamika Brantley* | *eviction* | *Greece Town Court* | *Eviction and $2000.00 Judgment* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Credit Acceptance Address: 25505 W. Twelve ML Rd Southfield , MI 48034* | | *Description:2000 Grand AM Value:* |

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Maroun G.Ajaka, Esq. Address: 144 Exchange Blvd. Suite 103 Rochester,, NY. 14614* | *Date of Payment: Payor: Mathew Brantley, Jr. & Shamaika Brantley* | *$1,009.00( including Filing fees* |

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/13/2005_      Signature _/s/ Matthew Brantley, Jr._

                                  _Matthew Brantley, Jr._

Date _10/13/2005_      Signature _/s/  Shamaika Brantley_

                                  _Shamaika Brantley_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re *Matthew Brantley, Jr.*
  *and*
  *Shamaika Brantley*
  *aka Shamika Brantly*
  *fka Shamika Scott*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  *Maroun G.Ajaka, Esq.*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/13/2005*

*/s/ Matthew Brantley, Jr.*
Debtor

*/s/  Shamaika Brantley*
Joint Debtor

Dept. of Social Services
111 West fall Road
ROCHESTER, NY.  14620


I.C systems
P.O. Box 64886
St. Paul, MN.  55164


US. Department of Education
P.O.Box 530260
Atlanta, GA.  30353


Advantage Federal Credit
P.O. Box 14440
ROCHESTER, NY.  14614


Alexander Medical Group
222 Alexander Street
ROCHESTER, NY.  14607


American General Financial
Baytown Plaza 1900 Empire Blvd
ROCHESTER, NY.  14580


American General Financial
1532 W. Ridge Road
ROCHESTER, NY.  14580


Anthony Galvano
P.O. Box 102
N Greece, NY.  14515


Aspen Dental
124 Northern Lights Dr Ste 104
Syracuse, NY.  13212


Bank of America
P.O. Box 11010
Wilmimgton, DE.  19850


BlokBuster
2394 Lyell Avenue
ROCHESTER, NY.  14606

Capital One Bank
P.O. Box 85015
Richmond, VA.  23285


Center for Urology
2420 Ridge way Avene
ROCHESTER, NY.  14613


Charter One Bank
66 west Main Street
ROCHESTER, NY.  14614


Chase Credit Research
6350 Laurel Canyon Blvd.
N. Hollywood, CA.  91606


Citizen Bank
450 West Avenue
ROCHESTER, NY.  14611


Cox Communication
121 S Martin L King Blvd
LasVegas, NV.  89106


Credit Acceptance
25505 W. Twelve ML Rd
Southfield , MI  48034


Direct TV
P.O. Box 830032
Baltimore, MD.  21283


Eastman Dental center
601 Elmwood Avenue
ROCHESTER, NY.  14621


Enterprise Car
568 Main St E
ROCHESTER, NY.  14604


First Financial bank USA
363 W. Anchor Dr.
Dakota Dunes, SD.  57049

General Security
25 Cantebury Rd.
ROCHESTER, NY.  14614


Growing Families
3613 Mueller Road
St. Charles, MO.  63301


Kay Jewleres
375 Ghent Road
Akron, OH.  44333


Key Bank
25 East Main Street
ROCHESTER, NY.  14614


Label Finance Comp.
1150 N Magnolia Avenue
Anahein, CA.  92801


Lake Mead Hospital
LasVegas, NV.


M&T Bank
1848 S. Clinton Avenue
ROCHESTER, NY.  14618


MCI
P.O.Box 52252
Phoenix, AZ.  85022


Mercantile Adjustment
400 West Avenue
Rochester, NY.  14611


Mercantile Adjustment
40 West Avenue
ROCHESTER, NY.  14611


Natl A Fin
17500 Chenal Pkwy ste 20
Little Rock, AR.  72223


Nevada Power
PO Box 98910
LasVegas, NV.  89151

Oxford Collection Service
135 Maxess Road, Ste 2A
Melville, NY.  11747


Park Ridge Hospital
125 Indigo Greek Dr.
ROCHESTER, NY.  14626


RG&E
89 East Avenue
ROCHESTER, NY.  14618


RiteAid Pharmacy
437 Lyell Avenue
ROCHESTER, NY.  14606


Rochester General Hospital
1425 Portland Avenue
ROCHESTER, NY.  14621


Rural Metro
177 University Ave
ROCHESTER, NY.  14605


Saratoga Pharmacy
192 Lyell Avenue
ROCHESTER, NY.  14608


Strong Hospital
601 Elmwood Avenue
ROCHESTER, NY.  14620


The Bon Ton
P.O. Box 2285
York, PA.  17405


The Credit Bureau
19 Prince Street
ROCHESTER, NY.  14607


The Credit Network
15 Howard Street
Framingham, MA.  01702

Time warner Cable
71 Mount Hope Ave
ROCHESTER, NY.  14620


UGI Energy Service INC
1230 Parkway Avenue, Suite 306
West Trenten, NJ.   08628


Walmart
2150 Chili Avenue
ROCHESTER, NY.  14624


Wegman's
1885 Chili Avenue
ROCHESTER, NY.  14624


WFNNB/Value City Furniture
P.O. Box 182303
Columbus, OH.  43218

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

In re   *Matthew Brantley, Jr.*
    *and*
   *Shamaika Brantley*

Case No.

Chapter   **7**

Hon.

_____ / Debtor

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P.2016(b)

The undersigned, pursuant to F.R.Bankr.P.2016(b), states that:

The undersigned is the attorney for the Debtor(s) in this case.

The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

**[X]**     <u>FLAT FEE</u>

A.     For legal services rendered in contemplation of and in connection with this case, exclusive
of the filing fee paid                 *800.00*

B.     Prior to filing this statement, received           *1,009.00*

C.     The unpaid balance due and payable is           *0.00*

**[ ]**     <u>RETAINER</u>

A.     Amount of retainer received _____

B.     The undersigned shall bill against the retainer at an hourly rate of _____ . [Or attach firm hourly rate schedule.] Debtor(s)
have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

$     *209.00*    of the filing fee has been paid.

In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do
not apply.]

A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
B.     Preperation and filing of any petition, schedules, statement of affairs and plan which may be required;
C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
D.     ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
E.     Reaffirmations;
F.     Redemptions;
G.     Other: _____

By agreement with the debtor(s), the above disclosed fee does not include the following services:

The source of the payments to the undersigned was from:

A.     **X**     Debtor(s)' earnings, wages, compensation for services performed
B.     _____     Other (describe, including the identify of payor) _____

The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation,
any compensation paid or to paid except as follows:

Dated:   <u>10/13/2005</u>_____

Agreed:   */s/ Matthew Brantley, Jr.*_____
          Debtor

*/s/ Maroun G.Ajaka, Esq.*_____
Attorney for the Debtor(s)

*/s/  Shamaika Brantley*_____
          Debtor

**FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER**

**UNITED STATES BANKRUPTCY COURT**
**_____DISTRICT OF_____**

In re _____ )
                                      )
                                      )
                                      )
              Debtor               ) Case No. _____

                                        )
                                        )
Address _____ )
                                        )
_____ )    Chapter _____
                                        )
Employer's Tax Identification (EIN) No(s). [if any]:_____ )
_____ )
Last four digits of Social Security No(s).:_____ )

STATEMENT OF SOCIAL SECURITY NUMBER(S)

1.  Name of Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

         Debtor has a Social Security Number and it is: _____

         Debtor does not have a Social Security Number.

2.  Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information)*

         Joint Debtor has a Social Security Number and it is: _____

         Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

       X _____
            Signature of Debtor                 Date

       X _____
            Signature of Debtor                 Date

_____

*<u>Joint debtors must provide information for both spouses.</u>*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.